| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Victoria | Main Case Number | 16-60040 |
|---|---|---|---|
| Debtor | In Re: | Linn Energy, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _Texas_:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | James Donnell<br>Baker & McKenzie LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>(212) 626 4327<br>Texas Bar No. 05981300 |
|---|---|

Seeks to appear as the attorney for this party:

| Wells Fargo Bank, National Association |
|---|
| Dated: 05/11/2016     Signed: /s/ James Donnell |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                                         United States Bankruptcy Judge