IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LINN ENERGY, LLC, *et al.* [1] | § | CASE NO: 16-60040 (DRJ) |
| | § | (Chapter 11) |
| | § | |
| Debtors. | § | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

COMES NOW, Hunton & Williams LLP ("Hunton") and files this its Notice of Appearance and Request for Service of Papers as counsel for Capital One, N.A., in the above-styled proceedings and request notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in this case shall be given to and served upon them at the following address:

Gregory G. Hesse
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas  75202-2799
Telephone: (214) 979-3000
Telecopy: (214) 880-0011
ghesse@hunton.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code specified above, and also, without limitation includes, service of process, discovery request, deposition notice, formal or

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: Linn Energy, LLC (7591); Berry Petroleum Company, LLC (9387); LinnCo, LLC (6623); Linn Acquisition Company, LLC (4791); Linn Energy Finance Corp. (5453); Linn Energy Holdings, LLC (6517); Linn Exploration & Production Michigan LLC (0738); Linn Exploration Midcontinent, LLC (3143); Linn Midstream, LLC (9707); Linn Midwest Energy LLC (1712); Linn Operating, Inc. (3530); Mid-Continent I, LLC (1812); Mid-Continent II, LLC (1869); Mid-Continent Holdings I, LLC (1686); Mid-Continent Holdings II, LLC (7129). The Debtors' principal offices are located at JPMorgan Chase Tower, 600 Travis, Suite 5100, Houston, Texas 77002.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS – Page 1**

informal, notices of any application, complaint, demand, hearing, motion, order, pleading or request, whether transmitted or conveyed by mail, telephone. facsimile or otherwise.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended, and shall not be deemed to be Capital One, N.A. (a) waiver of any right to jury trial of any matter in this case or any case, controversy or proceeding related hereto; (b) waiver of rights to have final orders in non-core matters entered only upon *de novo* review by the appropriate United States District Court; (c) waiver of rights to have the appropriate United States District Court withdraw the reference in any matter subject to mandatory or permissive withdrawal; and (d) waiver of any rights, claims, actions, defenses, setoffs, or recoupments to which Capital One, N.A. may be entitled.

Respectfully submitted,

**HUNTON & WILLIAMS LLP**

By: */s/ Gregory G. Hesse*
Gregory G. Hesse -- Bar No. 09549419
ghesse@hunton.com
1445 Ross Avenue, Suite 3200
Dallas, Texas  75202-2711
(214) 979-3000 Telephone
(214) 880-0011 Telecopy

***ATTORNEYS FOR CAPITAL ONE, N.A.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served on the parties receiving electronic notice via the Court's CM/ECF system, on this the 12th day of May, 2016.

*/s/ Gregory G. Hesse*
Gregory G. Hesse