IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| LINN ENERGY, LLC, *et al.*, | Case No. 16-60040 (DRJ) |
| Debtors. | (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the undersigned attorneys appears in this proceeding as counsel for the ad hoc committee of Berry senior noteholders, and pursuant to Bankruptcy Rules 2002 and 9010, requests that all orders, notices, motions, applications, pleadings and other court papers be served upon:

| | |
|---|---|
| David Gerger | Emily Smith |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 711 Louisiana St. Suite 500 | 711 Louisiana St. Suite 500 |
| Houston, Texas 77002 | Houston, Texas 77002 |
| Facsimile:  (713) 221-7100 | Facsimile:  (713) 221-7100 |
| davidgerger@quinnemanuel.com | emilysmith@quinnemanuel.com |

Dated: May 12, 2016

Respectfully submitted,


/s/ David Gerger

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

David Gerger
Federal Bar No.  10078
Texas Bar No. 07816360
Emily Smith
Texas Bar No. 24083876
711 Louisiana St., Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Facsimile:  (713) 221-7100
davidgerger@quinnemanuel.com
emilysmith@quinnemanuel.com


*Counsel to the Ad Hoc Group of Berry Noteholders*

## **CERTIFICATE OF SERVICE**

    I certify that on May 12, 2016, a copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas which gives notice to all counsel of records.

                                                   /s/ Emily Smith
                                                   Emily Smith