IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No. 16-60040 |
| § | | |
| **LINN ENERGY, LLC,** *et al.*, § | | |
| § | | |
| Debtors. § | | Chapter 11 |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for **Pioneer Well Services, LLC, Pioneer Wireline Services, LLC, Basic Energy Services, LP,** and **Genco Energy Services, Inc.**, **Newpark Drilling Fluids LLC**, **Flowco Production Solutions, LLC**, **Consolidated Oil Well Services**, **Archer Wireline LLC** pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure, and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case, be transmitted to:

Zachary S. McKay
Doré Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
Tel: (281) 829-1555
Fax: (281) 200-0751
E-mail: zmckay@dorelawgroup.net

Dated: May 12, 2016

                        Respectfully submitted,

                        DORÉ LAW GROUP, P.C.

By:    */s/ Zachary S. McKay*
        Carl Doré, Jr.
        State Bar No. 06000600
        Kim Lewinski
        State Bar No. 24097994
        Zachary S. McKay
        State Bar No. 24073600
        17171 Park Row, Suite 160
        Houston, Texas 77084
        (281) 829-1555
        (281) 200-0751 Fax
        Email: carl@dorelawgroup.net
        Email: klewinski@dorelawgroup.net
        Email: zmkay@dorelawgroup.net

*Attorneys for Pioneer Well Services, LLC,*
*Pioneer Wireline Services, LLC,*
*Basic Energy Services, LP,*
*Genco Energy Services, Inc.,*
*Newpark Drilling Fluids LLC,*
*Flowco Production Solutions, LLC,*
*Consolidated Oil Well Services, and*
*Archer Wireline LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 12, 2016, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

                                              */s/ Zachary S. McKay*
                                              Zachary S. McKay