# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LINN ENERGY, LLC, *et al.*,[1] ) | Case No. 16-60040 (DRJ) |
| ) | |
| Debtors. ) | (Joint Administration Requested) |
| ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Delaware Trust Company ("Delaware Trust"), in its capacity as successor indenture trustee under that certain Indenture dated as of November 20, 2015 (as may be supplemented from time to time) pursuant to which Linn Energy, LLC's 12% Senior Secured Second Lien Notes due 2020 were issued, by and through its counsel, Arent Fox LLP, hereby appears in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone and facsimile numbers, and email addresses:

> Andrew I. Silfen
> Leah M. Eisenberg
> Jordana L. Renert
> ARENT FOX LLP
> 1675 Broadway
> New York, New York 10019
> Telephone: (212) 484-3900
> Facsimile: (212) 484-3990
> andrew.silfen@arentfox.com
> leah.eisenberg@arentfox.com
> jordana.renert@arentfox.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: Linn Energy, LLC (7591); Berry Petroleum Company, LLC (9387); LinnCo, LLC (6623); Linn Acquisition Company, LLC (4791); Linn Energy Finance Corp. (5453); Linn Energy Holdings, LLC (6517); Linn Exploration & Production Michigan LLC (0738); Linn Exploration Midcontinent, LLC (3143); Linn Midstream, LLC (9707); Linn Midwest Energy LLC (1712); Linn Operating, Inc. (3530); Mid-Continent I, LLC (1812); Mid-Continent II, LLC (1869); Mid-Continent Holdings I, LLC (1686); Mid-Continent Holdings II, LLC (7129). The Debtors' principal offices are located at JPMorgan Chase Tower, 600 Travis, Suite 5100, Houston, Texas 77002.

AFDOCS/13319160.3

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of Delaware Trust: (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Delaware Trust is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Delaware Trust expressly reserves.

Dated: May 12, 2016  
      New York, New York

ARENT FOX LLP  
Attorneys for Delaware Trust Company, in its capacity as Indenture Trustee

By:   */s/ Robert M. Hirsh*  
      Robert M. Hirsh  
      Texas State Bar No. 09720500  
      SDTX Bar No. 24747  
      Andrew I. Silfen  
      New York State Bar No. 2094076  
      Leah M. Eisenberg  
      New York State Bar No. 3908761  
      Jordana L. Renert  
      New York State Bar No. 4620738  
      1675 Broadway  
      New York, NY 10019  
      (212) 484-3900

## CERTIFICATE OF SERVICE

I certify that on this 12th day of May, 2016, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas which gives notice to all counsel of record.

>/s/ Robert M. Hirsh
>Robert M. Hirsh