**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Linn Energy, LLC and Official Committee of Unsecured Creditors<br>Debtor | Case No.: 16−60040<br><br>Chapter: 11 |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E−Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at http://www.txs.uscourts.gov.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at http://www.txs.uscourts.gov or by calling (361) 788−5000 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

David J. Bradley
Clerk of Court

```
                         United States Bankruptcy Court
                           Southern District of Texas

In re:                                                          Case No. 16-60040-drj
Linn Energy, LLC                                                Chapter 11
Official Committee of Unsecured Creditor
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0541-6          User: jdav                  Page 1 of 5              Date Rcvd: Jun 30, 2016
                              Form ID: ntctran            Total Noticed: 125


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2016.
db          +Berry Petroleum Company, LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Acquisition Company, LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Energy Finance Corp.,    JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Energy Holdings, LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Energy, LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,   Houston, TX 77002-3092
db          +Linn Exploration & Production Michigan LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Exploration Midcontinent, LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Midstream, LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,   Houston, TX 77002-3092
db          +Linn Midwest Energy LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Operating, Inc.,    JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +LinnCo, LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,   Houston, TX 77002-3092
db          +Mid-Continent Holdings I, LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Mid-Continent Holdings II, LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Mid-Continent I, LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Mid-Continent II, LLC,    JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
aty          Adam M. Harris,    Ropes & Gray LLP,   1211 Avenue of the Americas,    NYC, NY 10036-8704
aty         +Alexandra Schwarzman,    Kirkland & Ellis LLP,   300 North LaSalle,    Chicago, IL 60654-5412
aty          Brian Rooder,    Ropes & Gray LLP,   1211 Avenue of the Americas,    New York, NY 10036-8704
aty         +Christopher Lee Richardson,    1550 17th St,   Ste 500,   Denver, CO 80202-1500
aty         +Daniel M. Eliades,    LeClairRyan, A Professional Corporation,   1037 Raymond Boulevard,
              16th Floor,   Newark, NJ 07102-5424
aty         +David Kronenberg,    Sidley Austin LLP,   1501 K Street, N.W.,   Washington, DC 20005-1420
aty          Gerard Uzzi,    Milbank Tweed Hadley & McCloy LLP,   26 Liberty St,    New York, NY 10005
aty         +James A Wright,    Ropes & Gray LLP,   800 Boylston Street,   Boston, MA 02199-3600
aty         +James Franklin Donnell,    Baker & McKenzie LLP,   452 Fifth Ave,    New York, NY 10018-2780
aty         +John J. Rapisardi,    O'Melveny & Meyers LLP,   7 Times Square,   New York, NY 10036-6524
aty         +Jordana L. Renert,    Arent Fox LLP,   1675 Broadway,    NYC, NY 10019-5849
aty         +Joseph Zujkowski,    O'Melveny & Myers LLP,   7 Times Square,   New York, NY 10036-6524
aty         +Keith H Wofford,    Ropes and Gray LLP,   1211 Avenue of the Americas,    New York, NY 10036-8704
aty         +Kenneth W Irvin,    Morrison & Foerster LLP,   2000 Pennsylvania Avenue NW,
              Washington, DC 20006-1831
aty         +Mark E Freedlander,    McGuire Woods, LLP,   625 Liberty Ave,   Pittsburgh, PA 15222-3142
aty         +Mark I Bane,    Rope & Gray LLP,   1211 Avenue of the Americas,   New York, NY 10036-8704
aty         +Martha Martir,    Ropes and Gray LLP,   800 Boylston Street,   Boston, MA 02199-3600
aty         +Matthew R. Hindman,    Kilpatrick Townsend and Stockton LLP,   607 14th St NW,    Ste 900,
              Washington, DC 20005-2089
aty         +Monica Tarazi,    Quinn Emanuel et al.,   51 Madison Avenue,   22nd Floor,    NYC, NY 10010-1603
aty         +Nathan M. Hodges,    Hodges Law Group,   6422 Sultry Rose Court,   Bakersfield, CA 93308-7419
aty         +Nicholas J. Brannick,    Cole Shotz PC,   500 Delaware Avenue,   Wilmington, DE 19801-1490
aty         +Peter Friedman,    O'Melveny & Myers LLP,   1625 Eye St NW,   Washington, DC 20006-4061
aty          Peter L. Welsh,    Ropes & Gray LLP,   Prudential Tower,   800 Boylston Street,
              Boston, MA  02199-3600
aty          Robert G. Jones,    Ropes & Gray LLP,   Prudential Tower,   800 Boylston Street,
              Boston, MA  02199-3600
aty         +Roger H Templin,    Payne & Jones, Chartered,   11000 King Street,
              Overland Park, KS 66210-1286
aty         +Sam Gordon Niebrugge,    Davis Graham & Stubbs LLP,   1550 17th Street,    Suite 500,
              Denver, CO 80202-1500
aty         +Steven F Allred,    Law Office of Steven F. Allred PC,   3550 North University Ave,    #325,
              Provo, UT 84604-6084
cr          +Ad Hoc Group of Holders of the 12% Senior Secured,   c/o John F. Higgins,    Porter Hedges LLP,
              1000 Main Street, 36th Floor,   Houston, TX 77002-6341
cr          +Andrews County Tax Office, et al,    c/o Laura J. Monroe,
              Perdue, Brandon, Fielder, Collins & Mott,    PO Box 817,   Lubbock, TX 79408-0817
cr          +ArkLaTex Wireline Services, LLC,    c/o Shelley Bush Marmon,   2727 Allen Parkway, Suite 1700,
              Houston, TX 77019-2125
cr          +Basic Energy Services, LP,    Carl Dore',   Dore' Law Group, P.C.,   17171 Park Row, Suite 160,
              Houston, TX 77084-4927,   U.S.
cr          +Beall Jr. Trust,    Roscoe C. Beall, III,   1648 Cortland Road,   Davis, WV 26260-8020
cr          +Bushong Oil & Gas Properties, LLC,    Megan Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,
              Suite 2800,   Dallas, TX 75201-7912
```

```
District/off: 0541-6          User: jdav                   Page 2 of 5                   Date Rcvd: Jun 30, 2016
                              Form ID: ntctran             Total Noticed: 125

cr              +Car Archer Wireline LLC,    Dore' Law Group, P.C.,    c/o Carl Dore' Jr.,
                  17171 Park Row, Suite 160,    Houston, Te   77084-4927,    UNITED STATES
cr              +Carla Fisher,    c/o Steve Turner,    Barrett Daffin Frappier Turner & Engel,
                  610  West 5th Street,    Suite 602,    Austin, TX 78701-2872
cr              +Cherokee CAD,    Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
                  2777 N Stemmons Frwy Ste 1000,    Dallas, TX 75207-2328,    U.S.
intp            +Citizen Energy II, LLC,    Citizen Energy II, LLC,    c/o Ross Spence,    2929 Allen Parkway,
                  Suite 2800,    Houston, TX 77019-7100
cr              +Colorado County,    c/o John T. Banks,    3301 Northland Drive, Ste. 505,    Austin, TX 78731-4954
cr              +Complete Energy Services, Inc.,    4727 Gaillardia Parkway,    Oklahoma City, OK 73142-1876
cr              +Concho Valley Electric Cooperative, Inc.,    P.O. Box 3388,    San Angelo, TX 76902-3388
cr              +Consolidated Oil Well Services,    c/o Carl Dore', Jr.,    Dore' Law Group, P.C.,
                  17171 Park Row, Suite 160,    Houston, TX 77084-4927,    UNITED STATES
cr              +Continuum Midstream, L.L.C.,    c/o Hall, Estill, et al.,    320 South Boston Avenue, Suite 200,
                  Tulsa, OK 74103-3705
cr              +Ector Cad,    711 Navarro, Ste. 300,    San Antonio, tx 78205-1749
intp            +Enterprise Products Operating LLC,    1100 Louisiana Street,    Houston, TX 77002-5227
cr              +ExxonMobil Corporation,    c/o J. Robert Forshey,    Forshey & Prostok, LLP,
                  777 Main Street, Suite 1290,    Fort Worth, TX 76102-5316
intp            +FSP 1999 Broadway LLC (as Successor in Interest to,    c/o Wayne Kitchens,    Total Plaza,
                  1201 Louisiana, 28th Floor,    Houston, TX 77002-5607
cr              +Falcon Trust,    Megan M. Adeyemo,    Gordon & Rees LLP,    2100 Ross Avenue,    Suite 2800,
                  Dallas, TX 75201-7912
cr               Garde Royalty, LLC,    PO Box 3027,    Edmond, OK  73083-3027
cr              +Gasconade Oil Co.,    Megan M. Adeyemo,    Gordon & Rees LLP,    2100 Ross Avenue,    Suite 2800,
                  Dallas, TX 75201-7912
cr              +Genco Energy Services, Inc.,    c/o Carl Dore', Jr.,    Dore' Law Group, P.C.,
                  17171 Park Row, Suite 160,    Houston, TX 77084-4927,    UNITED STATES
cr              +Global One Transport, Inc.,    Attn: Jason Dial,    3215 West 4th Street,
                  Fort Worth, TX 76107-2114
cr              +H&S Constructors, Inc.,    Anderson, Lehrman, Barre & Maraist, LLP,    1001 Third Street,
                  Suite 1,    Corpus Christi, TX 78404-2356
cr              +Hughes Springs ISD,    Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
                  2777 N Stemmons Frwy Ste 1000,    Dallas, TX 75207-2328
cr              +J-W Power Company,    Julie A. Walker,    Miller Mentzer Walker, PC,    100 N. Main Street,
                  PO Box 130,    Palmer, TX 75152-0130
cr              +Jet Specialty, Inc.,    211 Market Avenue,    Boerne, TX 78006-3050
intp            +Jolene Wise United States Securities & Exchange Co,    175 W. Jackson Blvd.,    Suite 900,
                  Chicago, IL 60604-2815
cr              +Joseph J. Scott,    Megan Adeyemo,    Gordon & Rees LLP,    2100 Ross Avenue,    Suite 2800,
                  Dallas, TX 75201-7912
cr              +Kern River Gas Transmission Company,    c/o Wells & Cuellar, P.C.,    440 Louisiana Suite 718,
                  Houston, TX 77002-1637,    UNITED STATES
cr              +Marion County,    Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
                  2777 N Stemmons Frwy Ste 1000,    Dallas, TX 75207-2328
cr               Matthew Trachtenber,    PO Box 7389,    New York, NY  10150-7389
cr              +Merit Energy Company,    c/o Barnet B. Skelton, Jr.,    712 Main Street, Suite 1610,
                  Houston, TX 77002-3201
cr              +NERD Royalties LLC,    Megan Adeyemo,    Gordon & Rees LLP,    2100 Ross Avenue,    Suite 2800,
                  Dallas, TX 75201-7912
cr              +Natural Gas Services Group, Inc.,    c/o Shelley Bush Marmon,    2727 Allen Parkway, Suite 1700,
                  Houston, TX 77019-2125
cr              +Newpark Drilling Fluids LLC,    c/o Carl Dore', Jr.,    Dore' Law Group, P.C.,
                  17171 Park Row, Suite 160,    Houston, TX 77084-4927,    UNITED STATES
cr              +Northern Natural Gas Company,    c/o Wells & Cuellar, P.C.,    440 Louisiana, Suite 718,
                  Atten: Adam R Swonke,    Houston, TX 77002-1637
crcm             Official Committee of Unsecured Creditors,    ROPES & GRAY LLP,    Attn: Keith H. Wofford,
                  1211 Avenue of the Americas,    New York, NY  10036-8704
cr              +Oklahoma Gas and Electric Company,    c/o Weldon Moore, III,    Sussman & Moore, LLP,
                  4645 N. Central Expressway, Ste. 300,    Dallas, TX 75205-7326
cr              +Parker CAD,    Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
                  2777 N Stemmons Frwy Ste 1000,    Dallas, TX 75207-2328
cr              +Pioneer Electric Cooperative, Inc.,    P.O. Box 368,    Ulysses, KS 67880-0368
cr              +Pioneer Well Services, LLC,    c/o Carl Dore', Jr.,    Dore' Law Group, P.C.,
                  17171 Park Row, Suite 160,    Houston, TX 77084-4927,    UNITED STATES
cr              +Pioneer Wireline Services, LLC,    c/o Carl Dore', Jr.,    Dore' Law Group, P.C.,
                  17171 Park Row, Suite 160,    Houston, TX 77084-4927
intp            +Plains All American Pipeline, L.P.,    c/o Law Ofc Patricia Williams Prewitt,
                  10953 Vista Lake Ct.,    Navasota, TX 77868-6981
op              +Prime Clerk LLC,    830 Third Avenue,    9th Floor,    New York, NY 10022-6569
cr              +Public Service Company of Oklahoma,    c/o Weldon Moore, III,    Sussman & Moore, LLP,
                  4645 N. Central Expressway, Ste. 300,    Dallas, TX 75205-7326
cr              +Red Willow Production, LLC,    c/o Barnet B. Skelton, Jr.,    JP Morgan Chase Bank Building,
                  712 Main Street, Suite 1610,    Houston, TX 77002-3231
cr              +Rockies Express Pipeline LLC,    c/o Sidley Austin LLP,    1000 Louisiana Street,    Suite 6000,
                  Houston, TX 77002-6004
cr              +Ruby Pipeline, L.L.C.,    c/o Law Ofc Patricia Williams Prewitt,    10953 Vista Lake Ct.,
                  Navasota, TX 77868-6981
cr              +Rusk County,    Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
                  2777 N Stemmons Frwy Ste 1000,    Dallas, TX 75207-2328
```

```
District/off: 0541-6           User: jdav                   Page 3 of 5                   Date Rcvd: Jun 30, 2016
                               Form ID: ntctran             Total Noticed: 125

cr              +SAM Oil & Gas, LLLP,    Megan M. Adeyemo,    Gordon & Rees LLP,    2100 Ross Avenue,    Suite 2800,
                  Dallas, TX 75201-7912
cr              +Seitel Data, Ltd.,    Strasburger & Price, LLP,    720 Brazos,    Suite 700,
                  Austin, TX 78701-2531,    US
cr              +Southern California Edison Company,    c/o Weldon Moore, III,    Sussman & Moore, LLP,
                  4645 N. Central Expressway, Ste. 300,    Dallas, TX 75205-7326
cr              +Tammy Jones,    Oklahoma County Treasurer,    320 Robert S. Kerr,    Room 307,
                  Oklahoma City, OK 73102-3441
cr              +Texas Ad Valorem Taxing Jurisdictions,    c/o Lee Gordon,    P.O. Box 1269,
                  Round Rock, TX 78680-1269
cr              +Tokio Marine HCC Surety Group,    c/o Barnet B. Skelton, Jr.,    712 Main Street, Suite 1610,
                  Houston, TX 77002-3201
inre            +US Enercorp,    1250 NE Loop 410 Ste 500,    San Antonio, TX 78209-1533
cr               United States of America,    USDOJ, Civil Division,    PO BOX 875,    Ben Franklin Station,
                  Washington, DC  20044-0875
intp            +Virgil S Harris,    3515 North 48th St.,    Omaha, NE 68104-3638
cr              +WRW Energy Co., LLP,    Megan M. Adeyemo,    Gordon & Rees LLP,    2100 Ross Avenue,    Suite 2800,
                  Dallas, TX 75201-7912
cr              +Weatherford International, Inc.,    c/o Michael Haynes,    Gardere Wynne Sewell LLP,
                  1601 Elm Street, Ste. 3000,    Dallas, TX 75201-4761
cr              +Weeks Oil Properties, LLC,    Megan Adeyemo,    Gordon & Rees LLP,    2100 Ross Avenue,
                  Suite 2800,    Dallas, TX 75201-7912
cr              +Weeks Resources, LLC,    Megan Adeyemo,    Gordon & Rees LLP,    2100 Ross Avenue,    Suite 2800,
                  Dallas, TX 75201-7912
cr              +Wyoming Interstate Company, LLC,    c/o Law Ofc Patricia Williams Prewitt,
                  10953 Vista Lake Ct.,    Navasota, TX 77868-6981
cr              +XTO Energy Inc.,    c/o J. Robert Forshey,    Forshey & Prostok, LLP,
                  777 Main Street, Suite 1290,    Fort Worth, TX 76102-5316
cr              +c/o Elizabeth Weller Smith County,    Linebarger Goggan Blair & Sampson llp,
                  c/o Elizabeth Weller,    2777 N Stemmons Frwy Ste 1000,    Dallas, TX 75207-2328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: andrew.silfen@arentfox.com Jun 30 2016 20:58:46     Andrew I Silfen,
                  Arent Fox PLLC,    1675 Broadway,    New York, NY 10019-5820
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jun 30 2016 20:59:49     Cleveland ISD,
                  c/o Tara L. Grundemeier,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
                  Houston, TX  77253-3064
cr              +E-mail/Text: houston_bankruptcy@LGBS.com Jun 30 2016 20:59:49     Cypress Fairbanks ISD,
                  Linebarger, Goggan, Blair & Sampson,    attn: Tara L. Grundemeier,    P O Box 3064,
                  Houston, Tx 77253-3064
cr              +E-mail/Text: carl@dorelawgroup.net Jun 30 2016 21:00:21     Flowco Production Solutions, LLC,
                  c/o Dore Law Group, P.C,    Carl Dore’, Jr.,    17171 Park Row, Suite 160,
                  Houston, TX 77084-4927,    UNITED STATES
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jun 30 2016 20:59:49     Fort Bend County,
                  c/o Tara L. Grundemeier,    Post Office Box 3064,    Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jun 30 2016 20:59:49     Galveston County,
                  c/o Tara L. Grundemeier,    PO BOX 3064,    Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jun 30 2016 20:59:49     Harris County,
                  c/o Tara L. Grundemeier,    Post Office Box 3064,    Houston, TX  77253-3064
cr              +E-mail/Text: houston_bankruptcy@LGBS.com Jun 30 2016 20:59:49     Jasper County,
                  Linebarger Goggan Blair & Sampson LLP,    c/o Tara L. Grundemeier,    P.O. Box  3064,
                  Houston, TX 77253-3064
cr              +E-mail/Text: sromo@helmsunderwood.com Jun 30 2016 20:59:57     Jennifer McKnight,
                  C/O Helms & Underwood,    1 NE 2nd St., Suite 202,    Oklahoma City, OK 73104-2242,
                  UNITED STATES
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jun 30 2016 20:59:49     Matagorda County,
                  c/o Tara L. Grundemeier,    PO BOX 3064,    Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jun 30 2016 20:59:49     Montgomery County,
                  c/o Tara L. Grundemeier,    Post Office Box 3064,    Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jun 30 2016 20:59:49     Orange County,
                  c/o Tara L. Grundemeier,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
                  Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jun 30 2016 20:59:49     Polk County,
                  c/o Tara L. Grundemeier,    PO BOX 3064,    Houston, TX  77253-3064
cr              +E-mail/Text: sromo@helmsunderwood.com Jun 30 2016 20:59:57     Scott McKnight,
                  C/O Helms & Underwood,    1 NE 2nd St., Suite 202,    Oklahoma City, OK 73104-2242,
                  UNITIED STATES
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jun 30 2016 20:59:49     Shelby County,
                  c/o Tara L. Grundemeier,    PO BOX 3064,    Houston, TX  77253-3064
cr              +E-mail/Text: houston_bankruptcy@LGBS.com Jun 30 2016 20:59:49     Tyler County,
                  Linebarger Goggan Blair & Sampson LLP,    c/o Tara L. Grundemeier,    P.O. Box 3064,
                  Houston, TX 77253-3064
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             I4CZ LP
aty             Steve A Claus
crcm            Ad Hoc Group of Berry Noteholders
cr              American Safety Services, Inc.
cr              Anadarko E&P Onshore LLC
```

```
District/off: 0541-6           User: jdav              Page 4 of 5         Date Rcvd: Jun 30, 2016
                               Form ID: ntctran        Total Noticed: 125
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
cr              Anadarko Energy Services Company
crcm            Bank of New York Mellon Trust Company, N.A.
intp            Brad Tankersley
cr              Caldwell CAD
cr              Capital One, N.A.
cr              Delaware Trust Company
cr              Donlen Corporation
cr              Drillwood Ltd.
cr              Duval County
cr              Enable Midstream Partners, LP
cr              Enable Mississippi River Transmission, L.L.C.
intp            Encana Oil & Gas (USA) Inc.
cr              Environmental Resources Management Inc and its aff
cr              Environmental Resources Management Southwest Inc
cr              Environmental Resources Management West, Inc
cr              Fidelity and Deposit Company of Maryland
cr              Franklin ISD
cr              Freer ISD
cr              Goliad County
cr              Goliad ISD
cr              Hartman Coursey
cr              Hidalgo County
cr              Jim Wells CAD
cr              Joy M. Rushfelt Testamentary Trust
cr              Kerr-McGee Oil & Gas Onshore LP
cr              Lee County
intp            Lewis S Wilson
cr              Limestone County
cr              MarkWest
cr              MarkWest Energy Partners, LP
cr              MarkWest Pioneer, LLC
cr              MarkWest Western Oklahoma Gas Company, LLC
cr              Mike Wright Trucking
cr              Moon Lake Electrical Association, Inc.
cr              Nueces County
cr              Robertson County
intp            Samir Kumar
cr              San Isidro ISD
cr              San Patricio County
cr              Satanta, LLC
cr              Sheldon Independent School District
cr              Sunoco Logistics Partners LP
cr              Terrence James Cullinan
intp            Tesoro Logistics LP
cr              Texas Comptroller of Public Accounts and Texas Wor
cr              The Estate of Clarice Ardelle Coursey
intp            The Oil Conservation Division of the Energy, Miner
cr              Victoria County
cr              WGP-KHB, LLC,   c/o Akerman LLP,   2001 Ross Avenue, Suite 2550,   Dallas
cr              Webb CISD
cr              Wells Fargo, National Association
cr              Willacy County
intp            Wilmington Trust Company, as Trustee
                                                                            TOTALS: 58, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0541-6          User: jdav                  Page 5 of 5                   Date Rcvd: Jun 30, 2016
                              Form ID: ntctran            Total Noticed: 125
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2016 at the address(es) listed below:
NONE.                                                                                               TOTAL: 0
```