## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

ENTERED
07/01/2016

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LINN ENERGY, LLC, *et al.*,[1] | ) | Case No. 16-60040 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AMENDED FINAL ORDER (I) AUTHORIZING THE PAYMENT OF (A) OPERATING EXPENSES, (B) JOINT INTEREST BILLINGS, (C) MARKETING EXPENSES, (D)  SHIPPING AND WAREHOUSING CLAIMS, AND (E) 503(B)(9) CLAIMS, AND (II) GRANTING RELATED RELIEF   (Docket No. 11)

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of a final order (this "Final Order"), (a) authorizing, but not directing, the Debtors to pay in the ordinary course of business all undisputed, liquidated, prepetition amounts owing on account of (i) Operating Expenses, (ii) Joint Interest Billings, (iii) Marketing Expenses, (iv) Shipping and Warehousing Claims, and (v) 503(b)(9) Claims, and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the

---

[1]   The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows:  Linn Energy, LLC (7591); Berry Petroleum Company, LLC (9387); LinnCo, LLC (6623); Linn Acquisition Company, LLC (4791); Linn Energy Finance Corp. (5453); Linn Energy Holdings, LLC (6517); Linn Exploration & Production Michigan LLC (0738); Linn Exploration Midcontinent, LLC (3143); Linn Midstream, LLC (9707); Linn Midwest Energy LLC (1712); Linn Operating, Inc. (3530); Mid-Continent I, LLC (1812); Mid-Continent II, LLC (1869); Mid-Continent Holdings I, LLC (1686); Mid-Continent Holdings II, LLC (7129).  The Debtors' principal offices are located at JPMorgan Chase Tower, 600 Travis, Suite 5100, Houston, Texas 77002.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having entered an interim order on the Motion on May 13, 2016 (the "Interim Order"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Motion is granted on a final basis as set forth herein.

2.     Without prejudice to the Debtors' right to seek authorization, on notice and hearing, of authority for greater dollar amounts, the Debtors are authorized, but not directed, to pay prepetition Operating Expenses in the aggregate amount not to exceed $91.6 million, Joint Interest Billings in the aggregate amount not to exceed $62.0 million, Marketing Expenses in the aggregate amount not to exceed $7.2 million, Shipping and Warehousing Claims in the aggregate amount not to exceed $18.2 million, and 503(b)(9) Claims in an aggregate amount not to exceed $12.3 million.

3.     Any party that accepts payment from the Debtors on account of an Oil and Gas Obligation shall be deemed to have agreed to the terms and provisions of this Final Order.

4.     Any other term of this Final Order notwithstanding: (a) acceptance by XTO Energy Inc. ("XTO") or ExxonMobil Corporation ("XOM") of any payments from Debtors

pursuant to this Final Order, including the payment of any Joint Interest Billing, shall not preclude XTO or XOM from later challenging the adequacy of the amount of payments received from the Debtors, and (b) nothing contained herein shall limit, impair, or affect XTO or XOM's ability to assert any rights of setoff or recoupment that they may possess against any of the Debtors, or the Debtors' ability to assert any rights of offset or recoupment that they may possess against XTO or XOM, pursuant to any contract or applicable law.

5.      On a weekly basis, the Debtors shall provide a report to (a) the official committee of unsecured creditors (the "Committee"), and (b) Wells Fargo Bank, N.A., as administrative agent under LINN's prepetition first lien credit facility and Berry's first lien prepetition credit facility (the "Agent"), of all payments or distributions made pursuant to this Order; *provided*, however, the Debtors shall provide five days' notice to the Committee and the Agent of all proposed payments in excess of $1 million of Operating Expenses, Joint Interest Billings, Marketing Expenses, Shipping and Warehousing Claims, and 503(b)(9) Claims pursuant to this Order (the "Noticed Payments").   The Debtors shall be authorized to make any such Noticed Payment unless the Committee or the Agent informs the Debtors in writing (including by electronic mail) prior to the date of the proposed payment that it does not consent to the Noticed Payment, without the need to file a formal objection with the Bankruptcy Court.  Upon receipt of any such writing, the Debtors and the Committee and/or the Agent shall attempt to resolve the issues surrounding such proposed Noticed Payment consensually.  If no consensual resolution is reached by the date that is 14 days following delivery of the notice of the proposed Noticed Payment or distribution by the Debtors (the "Resolution Date"), the Committee or Agent, as applicable, may file a formal objection on the docket and any such objection shall be resolved by the Court at a hearing to be scheduled at the Court's earliest convenience.  If the Committee and

3

the Agent fail to file an objection within 17 days of the Resolution Date, the Debtors shall be authorized to make the proposed Noticed Payment without further Court Order.

6.      Nothing in this Final Order or the Interim Order shall prejudice or impair the Debtors', the Committee's, or the Agent's continuing rights to review any payments made on account of Operating Expenses, Joint Interest Billings, Marketing Expenses, Shipping and Warehousing Claims, and 503(b)(9) Claims pursuant to the terms of this Final Order or the Interim Order or any rights the Debtors, the Committee, or the Agent may have authority to exercise on account of any such payments that are later deemed to have been inappropriate.

7.      All undisputed obligations related to the Outstanding Orders are granted administrative expense priority in accordance with section 503(b)(1)(A) of the Bankruptcy Code.

8.      The Debtors are authorized to pay all undisputed amounts related to the Outstanding Orders in the ordinary course of business consistent with the parties' customary practices in effect prior to the Petition Date.

9.      The Debtors are authorized, but not directed, to require that, as a condition to receiving any payment under this Final Order, a payee maintain or apply, as applicable, terms during the pendency of these chapter 11 cases that are at least as favorable as those terms existing as of the Petition Date or otherwise satisfactory to the Debtors ("Customary Terms"). If a payee, after receiving a payment under this Final Order, ceases to provide Customary Terms or, in the event the Debtors, in consultation with the Committee and the Agent, later determine that a payment made pursuant to this Order was inappropriate or otherwise made in error, then the Debtors shall take such action as may be directed by the Court, and shall be authorized to deem such payment to apply instead to any postpetition amount that may be owing to such payee or treat such payment as an avoidable postpetition transfer of property.

10.     The banks and financial institutions on which checks were drawn or electronic payment requests made in payment of the prepetition obligations approved herein are authorized to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment, and all such banks and financial institutions are authorized to rely on the Debtors' designation of any particular check or electronic payment request as approved by this Final Order.

11.     Notwithstanding the relief granted in this Final Order and any actions taken pursuant to such relief, nothing in this Final Order shall be deemed:  (a) an admission as to the validity of any prepetition claim against a Debtor entity; (b) a waiver of the Debtors', the Committee's, or the Agent's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Final Order or the Motion; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Debtors', the Committee's or the Agent's rights under the Bankruptcy Code or any other applicable law.

12.     The Debtors are authorized to issue postpetition checks, or to effect postpetition fund transfer requests, in replacement of any checks or fund transfer requests that are dishonored as a consequence of these chapter 11 cases with respect to prepetition amounts owed in connection with the relief granted herein.

13.     Notwithstanding the relief granted in this Final Order or the Interim Order, any payment made by the Debtors pursuant to the authority granted herein shall be subject to the orders authorizing use of cash collateral.

14.     Notwithstanding the entry of the Orders, the estates, the Committee, and other parties in interest shall retain all rights with respect to the treatment of, or any payments made pursuant to, the Orders, including with respect to the impact of any such payments on the allowance or calculation of secured claims against, or adequate protection claims against, any Debtor.

15.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

16.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Final Order are immediately effective and enforceable upon its entry.

17.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Order in accordance with the Motion.

18.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Order.

**Signed:  July 01, 2016.**

_____

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re:                                                        Case No. 16-60040-drj
Linn Energy, LLC                                             Chapter 11
Official Committee of Unsecured Creditor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-6          User: aalo          Page 1 of 5              Date Rcvd: Jul 01, 2016
                             Form ID: pdf002      Total Noticed: 126


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2016.
```
db          +Berry Petroleum Company, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Acquisition Company, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Energy Finance Corp.,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Energy Holdings, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Energy, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,   Houston, TX 77002-3092
db          +Linn Exploration & Production Michigan LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Exploration Midcontinent, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Midstream, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,   Houston, TX 77002-3092
db          +Linn Midwest Energy LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Linn Operating, Inc.,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +LinnCo, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,   Houston, TX 77002-3092
db          +Mid-Continent Holdings I, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Mid-Continent Holdings II, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Mid-Continent I, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
db          +Mid-Continent II, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
              Houston, TX 77002-3092
aty          Adam M. Harris,   Ropes & Gray LLP,   1211 Avenue of the Americas,   NYC, NY 10036-8704
aty         +Alexandra Schwarzman,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty          Brian Rooder,   Ropes & Gray LLP,   1211 Avenue of the Americas,   New York, NY 10036-8704
aty         +Christopher Lee Richardson,   1550 17th St,   Ste 500,   Denver, CO 80202-1500
aty         +Daniel M. Eliades,   LeClairRyan, A Professional Corporation,   1037 Raymond Boulevard,
              16th Floor,   Newark, NJ 07102-5424
aty         +David Kronenberg,   Sidley Austin LLP,   1501 K Street, N.W.,   Washington, DC 20005-1420
aty          Gerard Uzzi,   Milbank Tweed Hadley & McCloy LLP,   26 Liberty St,   New York, NY 10005
aty         +James A Wright,   Ropes & Gray LLP,   800 Boylston Street,   Boston, MA 02199-3600
aty         +James Franklin Donnell,   Baker & McKenzie LLP,   452 Fifth Ave,   New York, NY 10018-2780
aty         +John J. Rapisardi,   O'Melveny & Meyers LLP,   7 Times Square,   New York, NY 10036-6524
aty         +Jordana L. Renert,   Arent Fox LLP,   1675 Broadway,   NYC, NY 10019-5849
aty         +Joseph Zujkowski,   O'Melveny & Myers LLP,   7 Times Square,   New York, NY 10036-6524
aty         +Keith H Wofford,   Ropes and Gray LLP,   1211 Avenue of the Americas,   New York, NY 10036-8704
aty         +Kenneth W Irvin,   Morrison & Foerster LLP,   2000 Pennsylvania Avenue NW,
              Washington, DC 20006-1831
aty         +Mark E Freedlander,   McGuire Woods, LLP,   625 Liberty Ave,   Pittsburgh, PA 15222-3142
aty         +Mark I Bane,   Rope & Gray LLP,   1211 Avenue of the Americas,   New York, NY 10036-8704
aty         +Martha Martir,   Ropes and Gray LLP,   800 Boylston Street,   Boston, MA 02199-3600
aty         +Matthew R. Hindman,   Kilpatrick Townsend and Stockton LLP,   607 14th St NW,   Ste 900,
              Washington, DC 20005-2089
aty         +Monica Tarazi,   Quinn Emanuel et al.,   51 Madison Avenue,   22nd Floor,   NYC, NY 10010-1603
aty         +Nathan M. Hodges,   Hodges Law Group,   6422 Sultry Rose Court,   Bakersfield, CA 93308-7419
aty         +Nicholas J. Brannick,   Cole Shotz PC,   500 Delaware Avenue,   Wilmington, DE 19801-1490
aty         +Peter Friedman,   O'Melveny & Myers LLP,   1625 Eye St NW,   Washington, DC 20006-4061
aty          Peter L. Welsh,   Ropes & Gray LLP,   Prudential Tower,   800 Boylston Street,
              Boston, MA 02199-3600
aty          Robert G. Jones,   Ropes & Gray LLP,   Prudential Tower,   800 Boylston Street,
              Boston, MA 02199-3600
aty         +Roger H Templin,   Payne & Jones, Chartered,   11000 King Street,
              Overland Park, KS 66210-1286
aty         +Sam Gordon Niebrugge,   Davis Graham & Stubbs LLP,   1550 17th Street,   Suite 500,
              Denver, CO 80202-1500
aty         +Steven F Allred,   Law Office of Steven F. Allred PC,   3550 North University Ave,   #325,
              Provo, UT 84604-6084
cr          +Ad Hoc Group of Holders of the 12% Senior Secured,   c/o John F. Higgins,   Porter Hedges LLP,
              1000 Main Street, 36th Floor,   Houston, TX 77002-6341
cr          +Andrews County Tax Office, et al,   c/o Laura J. Monroe,
              Perdue, Brandon, Fielder, Collins & Mott,   PO Box 817,   Lubbock, TX 79408-0817
cr          +ArkLaTex Wireline Services, LLC,   c/o Shelley Bush Marmon,   2727 Allen Parkway, Suite 1700,
              Houston, TX 77019-2125
cr          +Basic Energy Services, LP,   Carl Dore',   Dore' Law Group, P.C.,   17171 Park Row, Suite 160,
              Houston, TX 77084-4927,  U.S.
cr          +Beall Jr. Trust,   Roscoe C. Beall, III,   1648 Cortland Road,   Davis, WV 26260-8020
intp        +Burgess Herring Ranch, LLC,   c/o Cole Young,   320 S. Polk, Suite 1000,
              Amarillo, TX 79101-1429
```

```
cr        +Bushong Oil & Gas Properties, LLC,   Megan Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,
           Suite 2800,   Dallas, TX 75201-7912
cr        +Car Archer Wireline LLC,   Dore' Law Group, P.C.,   c/o Carl Dore' Jr.,
           17171 Park Row, Suite 160,   Houston, TX 77084-4927,   UNITED STATES
cr        +Carla Fisher,   c/o Steve Turner,   Barrett Daffin Frappier Turner & Engel,
           610  West 5th Street,   Suite 602,   Austin, TX 78701-2872
cr        +Cherokee CAD,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
           2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328,   U.S.
intp      +Citizen Energy II, LLC,   Citizen Energy II, LLC,   c/o Ross Spence,   2929 Allen Parkway,
           Suite 2800,   Houston, TX 77019-7100
cr         Colorado County,   c/o John T. Banks,   3301 Northland Drive, Ste. 505,   Austin, TX 78731-4954
cr        +Complete Energy Services, Inc.,   4727 Gaillardia Parkway,   Oklahoma City, OK 73142-1876
cr        +Concho Valley Electric Cooperative, Inc.,   P.O. Box 3388,   San Angelo, TX 76902-3388
cr        +Consolidated Oil Well Services,   c/o Carl Dore', Jr.,   Dore' Law Group, P.C.,
           17171 Park Row, Suite 160,   Houston, TX 77084-4927,   UNITED STATES
cr        +Continuum Midstream, L.L.C.,   c/o Hall, Estill, et al.,   320 South Boston Avenue, Suite 200,
           Tulsa, OK 74103-3705
cr        +Ector Cad,   711 Navarro, Ste. 300,   San Antonio, tx 78205-1749
intp      +Enterprise Products Operating LLC,   1100 Louisiana Street,   Houston, TX 77002-5227
cr        +ExxonMobil Corporation,   c/o J. Robert Forshey,   Forshey & Prostok, LLP,
           777 Main Street, Suite 1290,   Fort Worth, TX 76102-5316
intp      +FSP 1999 Broadway LLC (as Successor in Interest to,   c/o Wayne Kitchens,   Total Plaza,
           1201 Louisiana, 28th Floor,   Houston, TX 77002-5607
cr        +Falcon Trust,   Megan M. Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,   Suite 2800,
           Dallas, TX 75201-7912
cr         Garde Royalty, LLC,   PO Box 3027,   Edmond, OK  73083-3027
cr        +Gasconade Oil Co.,   Megan M. Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,   Suite 2800,
           Dallas, TX 75201-7912
cr        +Genco Energy Services, Inc.,   c/o Carl Dore', Jr.,   Dore' Law Group, P.C.,
           17171 Park Row, Suite 160,   Houston, TX 77084-4927,   UNITED STATES
cr        +Global One Transport, Inc.,   Attn: Jason Dial,   3215 West 4th Street,
           Fort Worth, TX 76107-2114
cr        +H&S Constructors, Inc.,   Anderson, Lehrman, Barre & Maraist, LLP,   1001 Third Street,
           Suite 1,   Corpus Christi, TX 78404-2356
cr        +Hughes Springs ISD,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
           2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr        +J-W Power Company,   Julie A. Walker,   Miller Mentzer Walker, PC,   100 N. Main Street,
           PO Box 130,   Palmer, TX 75152-0130
cr        +Jet Specialty, Inc.,   211 Market Avenue,   Boerne, TX 78006-3050
intp      +Jolene Wise United States Securities & Exchange Co,   175 W. Jackson Blvd.,   Suite 900,
           Chicago, IL 60604-2815
cr        +Joseph J. Scott,   Megan Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,   Suite 2800,
           Dallas, TX 75201-7912
cr        +Kern River Gas Transmission Company,   c/o Wells & Cuellar, P.C.,   440 Louisiana Suite 718,
           Houston, TX 77002-1637,   UNITED STATES
cr        +Marion County,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
           2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr         Matthew Trachtenber,   PO Box 7389,   New York, NY  10150-7389
cr        +Merit Energy Company,   c/o Barnet B. Skelton, Jr.,   712 Main Street, Suite 1610,
           Houston, TX 77002-3201
cr        +NERD Royalties LLC,   Megan Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,   Suite 2800,
           Dallas, TX 75201-7912
cr        +Natural Gas Services Group, Inc.,   c/o Shelley Bush Marmon,   2727 Allen Parkway, Suite 1700,
           Houston, TX 77019-2125
cr        +Newpark Drilling Fluids LLC,   c/o Carl Dore', Jr.,   Dore' Law Group, P.C.,
           17171 Park Row, Suite 160,   Houston, TX 77084-4927,   UNITED STATES
cr        +Northern Natural Gas Company,   c/o Wells & Cuellar, P.C.,   440 Louisiana, Suite 718,
           Atten: Adam R Swonke,   Houston, TX 77002-1637
crcm       Official Committee of Unsecured Creditors,   ROPES & GRAY LLP,   Attn: Keith H. Wofford,
           1211 Avenue of the Americas,   New York, NY  10036-8704
cr        +Oklahoma Gas and Electric Company,   c/o Weldon Moore, III,   Sussman & Moore, LLP,
           4645 N. Central Expressway, Ste. 300,   Dallas, TX 75205-7326
cr        +Parker CAD,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
           2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr        +Pioneer Electric Cooperative, Inc.,   P.O. Box 368,   Ulysses, KS 67880-0368
cr        +Pioneer Well Services, LLC,   c/o Carl Dore', Jr.,   Dore' Law Group, P.C.,
           17171 Park Row, Suite 160,   Houston, TX 77084-4927,   UNITED STATES
cr        +Pioneer Wireline Services, LLC,   c/o Carl Dore', Jr.,   Dore' Law Group, P.C.,
           17171 Park Row, Suite 160,   Houston, TX 77084-4927
intp      +Plains All American Pipeline, L.P.,   c/o Law Ofc Patricia Williams Prewitt,
           10953 Vista Lake Ct.,   Navasota, TX 77868-6981
op        +Prime Clerk LLC,   830 Third Avenue,   9th Floor,   New York, NY 10022-6569
cr        +Public Service Company of Oklahoma,   c/o Weldon Moore, III,   Sussman & Moore, LLP,
           4645 N. Central Expressway, Ste. 300,   Dallas, TX 75205-7326
cr        +Red Willow Production, LLC,   c/o Barnet B. Skelton, Jr.,   JP Morgan Chase Bank Building,
           712 Main Street, Suite 1610,   Houston, TX 77002-3231
cr        +Rockies Express Pipeline LLC,   c/o Sidley Austin LLP,   1000 Louisiana Street,   Suite 6000,
           Houston, TX 77002-6004
cr        +Ruby Pipeline, L.L.C.,   c/o Law Ofc Patricia Williams Prewitt,   10953 Vista Lake Ct.,
           Navasota, TX 77868-6981
```

```
District/off: 0541-6          User: aalo              Page 3 of 5              Date Rcvd: Jul 01, 2016
                              Form ID: pdf002         Total Noticed: 126

cr              +Rusk County,    Lineberger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
                 2777 N Stemmons Frwy 1000,   Dallas, TX 75207-2328
cr              +SAM Oil & Gas, LLLP,   Megan M. Adeyemo,   Gordon & Rees LLP,    2100 Ross Avenue,   Suite 2800,
                 Dallas, TX 75201-7912
cr              +Seitel Data, Ltd.,   Strasburger & Price, LLP,    720 Brazos,   Suite 700,
                 Austin, TX 78701-2531,   US
cr              +Southern California Edison Company,   c/o Weldon Moore, III,   Sussman & Moore, LLP,
                 4645 N. Central Expressway, Ste. 300,   Dallas, TX 75205-7326
cr              +Tammy Jones,   Oklahoma County Treasurer,   320 Robert S. Kerr,   Room 307,
                 Oklahoma City, OK 73102-3441
cr              +Texas Ad Valorem Taxing Jurisdictions,   c/o Lee Gordon,   P.O. Box 1269,
                 Round Rock, TX 78680-1269
cr              +Tokio Marine HCC  Surety Group,   c/o Barnet B. Skelton, Jr.,    712 Main Street, Suite 1610,
                 Houston, TX 77002-3201
inre            +US Enercorp,   1250 NE Loop 410 Ste 500,   San Antonio, TX 78209-1533
cr               United States of America,   USDOJ, Civil Division,    PO BOX 875,   Ben Franklin Station,
                 Washington, DC  20044-0875
intp            +Virgil S Harris,   3515 North 48th St.,   Omaha, NE 68104-3638
cr              +WRW Energy Co., LLP,   Megan M. Adeyemo,   Gordon & Rees LLP,    2100 Ross Avenue,   Suite 2800,
                 Dallas, TX 75201-7912
cr              +Weatherford International, Inc.,   c/o Michael Haynes,   Gardere Wynne Sewell LLP,
                 1601 Elm Street, Ste. 3000,   Dallas, TX 75201-4761
cr              +Weeks Oil Properties, LLC,   Megan Adeyemo,   Gordon & Rees LLP,    2100 Ross Avenue,
                 Suite 2800,   Dallas, TX 75201-7912
cr              +Weeks Resources, LLC,   Megan Adeyemo,   Gordon & Rees LLP,    2100 Ross Avenue,   Suite 2800,
                 Dallas, TX 75201-7912
cr              +Wyoming Interstate Company, LLC,   c/o Law Ofc Patricia Williams Prewitt,
                 10953 Vista Lake Ct.,   Navasota, TX 77868-6981
cr              +XTO Energy Inc.,   c/o J. Robert Forshey,   Forshey & Prostok, LLP,
                 777 Main Street, Suite 1290,   Fort Worth, TX 76102-5316
cr              +c/o Elizabeth Weller Smith County,   Lineberger Goggan Blair & Sampson llp,
                 c/o Elizabeth Weller,   2777 N Stemmons Frwy 1000,   Dallas, TX 75207-2328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: andrew.silfen@arentfox.com Jul 01 2016 22:05:07      Andrew I Silfen,
                 Arent Fox PLLC,   1675 Broadway,   New York, NY 10019-5820
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:05:36      Cleveland ISD,
                 c/o Tara L. Grundemeier,   Lineberger Goggan Blair & Sampson LLP,   P.O. Box 3064,
                 Houston, TX  77253-3064
cr              +E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:05:36      Cypress Fairbanks ISD,
                 Lineberger, Goggan, Blair & Sampson,   attn: Tara L. Grundemeier,   P O Box 3064,
                 Houston, TX 77253-3064
cr              +E-mail/Text: carl@dorelawgroup.net Jul 01 2016 22:05:55      Flowco Production Solutions, LLC,
                 c/o Dore Law Group, P.C,   Carl Dore', Jr.,   17171 Park Row, Suite 160,
                 Houston, TX 77084-4927,   UNITED STATES
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:05:36      Fort Bend County,
                 c/o Tara L. Grundemeier,   Post Office Box 3064,   Houston, TX 77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:05:36      Galveston County,
                 c/o Tara L. Grundemeier,   PO BOX 3064,   Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:05:36      Harris County,
                 c/o Tara L. Grundemeier,   Post Office Box 3064,   Houston, TX 77253-3064
cr              +E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:05:36      Jasper County,
                 Lineberger Goggan Blair & Sampson LLP,   c/o Tara L. Grundemeier,   P.O. Box  3064,
                 Houston, TX 77253-3064
cr              +E-mail/Text: sromo@helmsunderwood.com Jul 01 2016 22:05:43      Jennifer McKnight,
                 C/O Helms & Underwood,   1 NE 2nd St., Suite 202,   Oklahoma City, OK 73104-2242,
                 UNITED STATES
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:05:36      Matagorda County,
                 c/o Tara L. Grundemeier,   PO BOX 3064,   Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:05:36      Montgomery County,
                 c/o Tara L. Grundemeier,   Post Office Box 3064,   Houston, TX 77253-3064
cr              +E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:05:36      Orange County,
                 c/o Tara L. Grundemeier,   Lineberger Goggan Blair & Sampson LLP,   P.O. Box 3064,
                 Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:05:36      Polk County,
                 c/o Tara L. Grundemeier,   PO BOX 3064,   Houston, TX  77253-3064
cr              +E-mail/Text: sromo@helmsunderwood.com Jul 01 2016 22:05:43      Scott McKnight,
                 C/O Helms & Underwood,   1 NE 2nd St., Suite 202,   Oklahoma  City, OK 73104-2242,
                 UNITIED STATES
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:05:36      Shelby County,
                 c/o Tara L. Grundemeier,   PO BOX 3064,   Houston, TX  77253-3064
cr              +E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:05:36      Tyler County,
                 Lineberger Goggan Blair & Sampson LLP,   c/o Tara L. Grundemeier,   P.O. Box 3064,
                 Houston, TX 77253-3064
                                                                                              TOTAL: 16
```

```
District/off: 0541-6          User: aalo              Page 4 of 5              Date Rcvd: Jul 01, 2016
                              Form ID: pdf002         Total Noticed: 126


          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            I4CZ LP
aty            Steve A Claus
crcm           Ad Hoc Group of Berry Noteholders
cr             American Safety Services, Inc.
cr             Anadarko E&P Onshore LLC
cr             Anadarko Energy Services Company
crcm           Bank of New York Mellon Trust Company, N.A.
intp           Brad Tankersley
cr             Caldwell CAD
cr             Capital One, N.A.
cr             Delaware Trust Company
cr             Donlen Corporation
cr             Drillwood Ltd.
cr             Duval County
cr             Enable Midstream Partners, LP
cr             Enable Mississippi River Transmission, L.L.C.
intp           Encana Oil & Gas (USA) Inc.
cr             Environmental Resources Management Inc and its aff
cr             Environmental Resources Management Southwest Inc
cr             Environmental Resources Management West, Inc
cr             Fidelity and Deposit Company of Maryland
cr             Franklin ISD
cr             Freer ISD
cr             Goliad County
cr             Goliad ISD
cr             Hartman Coursey
cr             Hidalgo County
cr             Jim Wells CAD
cr             Joy M. Rushfelt Testamentary Trust
cr             Kerr-McGee Oil & Gas Onshore LP
cr             Lee County
intp           Lewis S Wilson
cr             Limestone County
cr             MarkWest
cr             MarkWest Energy Partners, LP
cr             MarkWest Pioneer, LLC
cr             MarkWest Western Oklahoma Gas Company, LLC
cr             Mike Wright Trucking
cr             Moon Lake Electrical Association, Inc.
cr             Nueces County
cr             Robertson County
intp           Samir Kumar
cr             San Isidro ISD
cr             San Patricio County
cr             Satanta, LLC
cr             Sheldon Independent School District
cr             Sunoco Logistics Partners LP
cr             Terrence James Cullinan
intp           Tesoro Logistics LP
cr             Texas Comptroller of Public Accounts and Texas Wor
cr             The Alvin & Faye Loskamp Revocable Trust
cr             The Estate of Clarice Ardelle Coursey
intp           The Oil Conservation Division of the Energy, Miner
cr             Victoria County
cr             WGP-KHB, LLC,   c/o Akerman LLP,   2001 Ross Avenue, Suite 2550,   Dallas
cr             Webb CISD
cr             Wells Fargo, National Association
cr             Willacy County
intp           Wilmington Trust Company, as Trustee
                                                                              TOTALS: 59, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2016                              Signature:  /s/Joseph Speetjens

District/off: 0541-6          User: aalo          Page 5 of 5          Date Rcvd: Jul 01, 2016
                              Form ID: pdf002     Total Noticed: 126

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2016 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0