**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

ENTERED
07/01/2016

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LINN ENERGY, LLC, *et al.*,[1] | ) | Case No. 16-60040 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED FINAL ORDER
(A) AUTHORIZING PAYMENT OF MINERAL PAYMENTS AND WORKING
INTEREST DISBURSEMENTS AND (B) GRANTING RELATED RELIEF**

(Docket No. 10)

Upon the motion (the "<u>Motion</u>"),[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), for entry of a final order (this "<u>Final Order</u>"), (a) authorizing the payment or application of funds attributable to (i) Mineral Payments and (ii) Working Interest Disbursements, and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows:  Linn Energy, LLC (7591); Berry Petroleum Company, LLC (9387); LinnCo, LLC (6623); Linn Acquisition Company, LLC (4791); Linn Energy Finance Corp. (5453); Linn Energy Holdings, LLC (6517); Linn Exploration & Production Michigan LLC (0738); Linn Exploration Midcontinent, LLC (3143); Linn Midstream, LLC (9707); Linn Midwest Energy LLC (1712); Linn Operating, Inc. (3530); Mid-Continent I, LLC (1812); Mid-Continent II, LLC (1869); Mid-Continent Holdings I, LLC (1686); Mid-Continent Holdings II, LLC (7129).  The Debtors' principal offices are located at JPMorgan Chase Tower, 600 Travis, Suite 5100, Houston, Texas 77002.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having entered an interim order on this Motion on May 13, 2016 (the "Interim Order"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Motion is granted on a final basis as set forth herein.

2.     The Debtors are authorized, but not directed, to pay the Mineral Payees the prepetition Mineral Payments in the ordinary course of business in an amount not to exceed $110 million.

3.     The Debtors are authorized, but not directed, to pay or apply the prepetition Working Interest Disbursements in the ordinary course of business in an amount not to exceed $22.2 million.

4.     The Debtors are authorized, but not directed, to setoff Working Interest Disbursements against Joint Interest Billings pursuant to agreement or applicable law in the ordinary course of business.

5.     If any Mineral Payee, Working Interest Owner, or other party accepts payment of a Mineral Payment or Working Interest Disbursement under this Final Order or the Interim Order, and the Debtors' interests in such Mineral Payment or Working Interest Disbursement subsequently are recharacterized or otherwise determined by the Court after notice and a hearing

to constitute property of the Debtors' estates, the Debtors shall take such action directed by the Court in connection with such determination, and unless otherwise directed, are authorized to avoid such payment as a postpetition transfer under section 549 of the Bankruptcy Code, and the Mineral Payee, Working Interest Owner, or other party who had accepted such payment shall be required to immediately repay to the Debtors any payment made to it on account of its asserted claim to the extent the aggregate amount of such payments exceeds the postpetition obligations then outstanding, without giving effect to any alleged right of setoff, claims, provision for payment of reclamation or trust fund claims, or otherwise.  Upon recovery of such payments by the Debtors, the obligation shall be reinstated as a prepetition claim in the amount so recovered.

6.    Any Working Interest Owner, Mineral Payee, or any other party that accepts payment from the Debtors on account of a Working Interest, Working Interest Disbursement, Interest Burden, or Mineral Payment, shall be deemed to have agreed to the terms and provisions of this Final Order.

7.    Any other term in this Final Order notwithstanding, (a) acceptance by XTO Energy Inc. ("XTO") or ExxonMobil Corporation ("XOM")  of any payments from the Debtors pursuant to this Final Order, including any Mineral Payments or Working Interest Disbursements, shall not preclude XTO or XOM from later challenging the adequacy of the amounts of any such payment received, and (b) nothing contained herein shall limit, impair, of affect the ability of XTO, XOM, or any of the Debtors to contest the amount of any setoff by the Debtors to satisfy XTO or XOM's pro rata share of Joint Interest Billings.

8.    The Debtors will consult with (a) the official committee of unsecured creditors (the "Committee") and (b) Wells Fargo Bank, N.A., as administrative agent under LINN's prepetition first lien credit facility and Berry's first lien prepetition credit facility (the "Agent"),

as reasonably requested by the Committee or the Agent regarding all payments or distributions made on account of prepetition Mineral Payments and Working Interest Disbursements.  Nothing in this Order shall prejudice or impair the Debtors', the Committee's, or the Agent's continuing rights to review payments made on account of Mineral Payments or Working Interest Disbursements pursuant to the terms of this Order or any rights the Debtors, the Committee, or the Agent may have authority to exercise on account of any such payments that are later deemed to have been inappropriate.

9.      The banks and financial institutions on which checks were drawn or electronic payment requests made in payment of the prepetition obligations approved herein are authorized to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment, and all such banks and financial institutions are authorized to rely on the Debtors' designation of any particular check or electronic payment request as approved by this Final Order.

10.     Notwithstanding the relief granted in this Final Order and any actions taken pursuant to such relief, nothing in this Final Order shall be deemed:  (a) an admission as to the validity of any prepetition claim against a Debtor entity; (b) a waiver of the Debtors' right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Final Order or the Motion; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law.

11.     The Debtors are authorized to issue postpetition checks, or to effect postpetition fund transfer requests, in replacement of any checks or fund transfer requests that are dishonored

4

as a consequence of these chapter 11 cases with respect to prepetition amounts owed in connection with the relief granted herein.

12.     Notwithstanding the relief granted in this Final Order or the Interim Order, any payment made by the Debtors pursuant to the authority granted herein shall be subject to the orders authorizing use of cash collateral.

13.     Notwithstanding the entry of the Orders, the estates, the Committee, and other parties in interest shall retain all rights with respect to the treatment of, or any payments made pursuant to, the Orders, including with respect to the impact of any such payments on the allowance or calculation of secured claims against, or adequate protection claims against, any Debtor.

14.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

15.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Final Order are immediately effective and enforceable upon its entry.

16.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Order in accordance with the Motion.

17.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Order.

 **Signed:  July 01, 2016.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re:                                                              Case No. 16-60040-drj
Linn Energy, LLC                                                    Chapter 11
Official Committee of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-6          User: aalo              Page 1 of 5                  Date Rcvd: Jul 01, 2016
                             Form ID: pdf002          Total Noticed: 126

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2016.
```
db         +Berry Petroleum Company, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
             Houston, TX 77002-3092
db         +Linn Acquisition Company, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
             Houston, TX 77002-3092
db         +Linn Energy Finance Corp.,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
             Houston, TX 77002-3092
db         +Linn Energy Holdings, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
             Houston, TX 77002-3092
db         +Linn Energy, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,   Houston, TX 77002-3092
db         +Linn Exploration & Production Michigan LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
             Houston, TX 77002-3092
db         +Linn Exploration Midcontinent, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
             Houston, TX 77002-3092
db         +Linn Midstream, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,   Houston, TX 77002-3092
db         +Linn Midwest Energy LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
             Houston, TX 77002-3092
db         +Linn Operating, Inc.,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
             Houston, TX 77002-3092
db         +LinnCo, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,   Houston, TX 77002-3092
db         +Mid-Continent Holdings I, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
             Houston, TX 77002-3092
db         +Mid-Continent Holdings II, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
             Houston, TX 77002-3092
db         +Mid-Continent I, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
             Houston, TX 77002-3092
db         +Mid-Continent II, LLC,   JPMorgan Chase Tower,   600 Travis, Suite 5100,
             Houston, TX 77002-3092
aty         Adam M. Harris,   Ropes & Gray LLP,   1211 Avenue of the Americas,   NYC, NY  10036-8704
aty        +Alexandra Schwarzman,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty         Brian Rooder,   Ropes & Gray LLP,   1211 Avenue of the Americas,   New York, NY  10036-8704
aty        +Christopher Lee Richardson,   1550 17th St,   Ste 500,   Denver, CO 80202-1500
aty        +Daniel M. Eliades,   LeClairRyan, A Professional Corporation,   1037 Raymond Boulevard,
             16th Floor,   Newark, NJ 07102-5424
aty        +David Kronenberg,   Sidley Austin LLP,   1501 K Street, N.W.,   Washington, DC 20005-1420
aty         Gerard Uzzi,   Milbank Tweed Hadley & McCloy LLP,   26 Liberty St,   New York, NY  10005
aty        +James A Wright,   Ropes & Gray LLP,   800 Boylston Street,   Boston, MA 02199-3600
aty        +James Franklin Donnell,   Baker & McKenzie LLP,   452 Fifth Ave,   New York, NY 10018-2780
aty        +John J. Rapisardi,   O'Melveny & Meyers LLP,   7 Times Square,   New York, NY 10036-6524
aty        +Jordana L. Renert,   Arent Fox LLP,   1675 Broadway,   NYC, NY 10019-5849
aty        +Joseph Zujkowski,   O'Melveny & Myers LLP,   7 Times Square,   New York, NY 10036-6524
aty        +Keith H Wofford,   Ropes and Gray LLP,   1211 Avenue of the Americas,   New York, NY 10036-8704
aty        +Kenneth W Irvin,   Morrison & Foerster LLP,   2000 Pennsylvania Avenue NW,
             Washington, DC 20006-1831
aty        +Mark E Freedlander,   McGuire Woods, LLP,   625 Liberty Ave,   Pittsburgh, PA 15222-3142
aty        +Mark I Bane,   Rope & Gray LLP,   1211 Avenue of the Americas,   New York, NY 10036-8704
aty        +Martha Martir,   Ropes and Gray LLP,   800 Boylston Street,   Boston, MA 02199-3600
aty        +Matthew R. Hindman,   Kilpatrick Townsend and Stockton LLP,   607 14th St NW,   Ste 900,
             Washington, DC 20005-2089
aty        +Monica Tarazi,   Quinn Emanuel et al.,   51 Madison Avenue,   22nd Floor,   NYC, NY 10010-1603
aty        +Nathan M. Hodges,   Hodges Law Group,   6422 Sultry Rose Court,   Bakersfield, CA 93308-7419
aty        +Nicholas J. Brannick,   Cole Shotz PC,   500 Delaware Avenue,   Wilmington, DE 19801-1490
aty        +Peter Friedman,   O'Melveny & Myers LLP,   1625 Eye St NW,   Washington, DC 20006-4061
aty         Peter L. Welsh,   Ropes & Gray LLP,   Prudential Tower,   800 Boylston Street,
             Boston, MA  02199-3600
aty         Robert G. Jones,   Ropes & Gray LLP,   Prudential Tower,   800 Boylston Street,
             Boston, MA  02199-3600
aty        +Roger H Templin,   Payne & Jones, Chartered,   11000 King Street,
             Overland Park, KS 66210-1286
aty        +Sam Gordon Niebrugge,   Davis Graham & Stubbs LLP,   1550 17th Street,   Suite 500,
             Denver, CO 80202-1500
aty        +Steven F Allred,   Law Office of Steven F. Allred PC,   3550 North University Ave,   #325,
             Provo, UT 84604-6084
cr         +Ad Hoc Group of Holders of the 12% Senior Secured,   c/o John F. Higgins,   Porter Hedges LLP,
             1000 Main Street, 36th Floor,   Houston, TX 77002-6341
cr         +Andrews County Tax Office, et al,   c/o Laura J. Monroe,
             Perdue, Brandon, Fielder, Collins & Mott,   PO Box 817,   Lubbock, TX 79408-0817
cr         +ArkLaTex Wireline Services, LLC,   c/o Shelley Bush Marmon,   2727 Allen Parkway, Suite 1700,
             Houston, TX 77019-2125
cr         +Basic Energy Services, LP,   Carl Dore',   Dore' Law Group, P.C.,   17171 Park Row, Suite 160,
             Houston, TX 77084-4927,   U.S.
cr         +Beall Jr. Trust,   Roscoe C. Beall, III,   1648 Cortland Road,   Davis, WV 26260-8020
intp       +Burgess Herring Ranch, LLC,   c/o Cole Young,   320 S. Polk, Suite 1000,
             Amarillo, TX 79101-1429
```

```
cr      +Bushong Oil & Gas Properties, LLC,   Megan Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,
         Suite 2800,   Dallas, TX 75201-7912
cr      +Car Archer Wireline LLC,   Dore' Law Group, P.C.,   c/o Carl Dore' Jr.,
         17171 Park Row, Suite 160,   Houston, Te   77084-4927,   UNITED STATES
cr      +Carla Fisher,   c/o Steve Turner,   Barrett Daffin Frappier Turner & Engel,
         610  West 5th Street,   Suite 602,   Austin, TX 78701-2872
cr      +Cherokee CAD,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
         2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328,   U.S.
intp    +Citizen Energy II, LLC,   Citizen Energy II, LLC,   c/o Ross Spence,   2929 Allen Parkway,
         Suite 2800,   Houston, TX 77019-7100
cr      +Colorado County,   c/o John T. Banks,   3301 Northland Drive, Ste. 505,   Austin, TX 78731-4954
cr      +Complete Energy Services, Inc.,   4727 Gaillardia Parkway,   Oklahoma City, OK 73142-1876
cr      +Concho Valley Electric Cooperative, Inc.,   P.O. Box 3388,   San Angelo, TX 76902-3388
cr      +Consolidated Oil Well Services,   c/o Carl Dore', Jr.,   Dore' Law Group, P.C.,
         17171 Park Row, Suite 160,   Houston, TX 77084-4927,   UNITED STATES
cr      +Continuum Midstream, L.L.C.,   c/o Hall, Estill, et al.,   320 South Boston Avenue, Suite 200,
         Tulsa, OK 74103-3705
cr      +Ector Cad,   711 Navarro, Ste. 300,   San Antonio, tx 78205-1749
intp    +Enterprise Products Operating LLC,   1100 Louisiana Street,   Houston, TX 77002-5227
cr      +ExxonMobil Corporation,   c/o J. Robert Forshey,   Forshey & Prostok, LLP,
         777 Main Street, Suite 1290,   Fort Worth, TX 76102-5316
intp    +FSP 1999 Broadway LLC (as Successor in Interest to,   c/o Wayne Kitchens,   Total Plaza,
         1201 Louisiana, 28th Floor,   Houston, TX 77002-5607
cr      +Falcon Trust,   Megan M. Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,   Suite 2800,
         Dallas, TX 75201-7912
cr       Garde Royalty, LLC,   PO Box 3027,   Edmond, OK  73083-3027
cr      +Gasconade Oil Co.,   Megan M. Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,   Suite 2800,
         Dallas, TX 75201-7912
cr      +Genco Energy Services, Inc.,   c/o Carl Dore', Jr.,   Dore' Law Group, P.C.,
         17171 Park Row, Suite 160,   Houston, TX 77084-4927,   UNITED STATES
cr      +Global One Transport, Inc.,   Attn: Jason Dial,   3215 West 4th Street,
         Fort Worth, TX 76107-2114
cr      +H&S Constructors, Inc.,   Anderson, Lehrman, Barre & Maraist, LLP,   1001 Third Street,
         Suite 1,   Corpus Christi, TX 78404-2356
cr      +Hughes Springs ISD,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
         2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr      +J-W Power Company,   Julie A. Walker,   Miller Mentzer Walker, PC,   100 N. Main Street,
         PO Box 130,   Palmer, TX 75152-0130
cr      +Jet Specialty, Inc.,   211 Market Avenue,   Boerne, TX 78006-3050
intp    +Jolene Wise United States Securities & Exchange Co,   175 W. Jackson Blvd.,   Suite 900,
         Chicago, IL 60604-2815
cr      +Joseph J. Scott,   Megan Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,   Suite 2800,
         Dallas, TX 75201-7912
cr      +Kern River Gas Transmission Company,   c/o Wells & Cuellar, P.C.,   440 Louisiana Suite 718,
         Houston, TX 77002-1637,   UNITED STATES
cr      +Marion County,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
         2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr       Matthew Trachtenber,   PO Box 7389,   New York, NY  10150-7389
cr      +Merit Energy Company,   c/o Barnet B. Skelton, Jr.,   712 Main Street, Suite 1610,
         Houston, TX 77002-3201
cr      +NERD Royalties LLC,   Megan Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,   Suite 2800,
         Dallas, TX 75201-7912
cr      +Natural Gas Services Group, Inc.,   c/o Shelley Bush Marmon,   2727 Allen Parkway, Suite 1700,
         Houston, TX 77019-2125
cr      +Newpark Drilling Fluids LLC,   c/o Carl Dore', Jr.,   Dore' Law Group, P.C.,
         17171 Park Row, Suite 160,   Houston, TX 77084-4927,   UNITED STATES
cr      +Northern Natural Gas Company,   c/o Wells & Cuellar, P.C.,   440 Louisiana, Suite 718,
         Atten: Adam R Swonke,   Houston, TX 77002-1637
crcm     Official Committee of Unsecured Creditors,   ROPES & GRAY LLP,   Attn: Keith H. Wofford,
         1211 Avenue of the Americas,   New York, NY  10036-8704
cr      +Oklahoma Gas and Electric Company,   c/o Weldon Moore, III,   Sussman & Moore, LLP,
         4645 N. Central Expressway, Ste. 300,   Dallas, TX 75205-7326
cr      +Parker CAD,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
         2777 N Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr      +Pioneer Electric Cooperative, Inc.,   P.O. Box 368,   Ulysses, KS 67880-0368
cr      +Pioneer Well Services, LLC,   c/o Carl Dore', Jr.,   Dore' Law Group, P.C.,
         17171 Park Row, Suite 160,   Houston, TX 77084-4927,   UNITED STATES
cr      +Pioneer Wireline Services, LLC,   c/o Carl Dore', Jr.,   Dore' Law Group, P.C.,
         17171 Park Row, Suite 160,   Houston, TX 77084-4927
intp    +Plains All American Pipeline, L.P.,   c/o Law Ofc Patricia Williams Prewitt,
         10953 Vista Lake Ct.,   Navasota, TX 77868-6981
op      +Prime Clerk LLC,   830 Third Avenue,   9th Floor,   New York, NY 10022-6569
cr      +Public Service Company of Oklahoma,   c/o Weldon Moore, III,   Sussman & Moore, LLP,
         4645 N. Central Expressway, Ste. 300,   Dallas, TX 75205-7326
cr      +Red Willow Production, LLC,   c/o Barnet B. Skelton, Jr.,   JP Morgan Chase Bank Building,
         712 Main Street, Suite 1610,   Houston, TX 77002-3231
cr      +Rockies Express Pipeline LLC,   c/o Sidley Austin LLP,   1000 Louisiana Street,   Suite 6000,
         Houston, TX 77002-6004
cr      +Ruby Pipeline, L.L.C.,   c/o Law Ofc Patricia Williams Prewitt,   10953 Vista Lake Ct.,
         Navasota, TX 77868-6981
```

```
cr              +Rusk County,   Lineberger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
                 2777 N Stemmons Frwy 1000,   Dallas, TX 75207-2328
cr              +SAM Oil & Gas, LLLP,   Megan M. Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,   Suite 2800,
                 Dallas, TX 75201-7912
cr              +Seitel Data, Ltd.,   Strasburger & Price, LLP,   720 Brazos,   Suite 700,
                 Austin, TX 78701-2531,   US
cr              +Southern California Edison Company,   c/o Weldon Moore, III,   Sussman & Moore, LLP,
                 4645 N. Central Expressway, Ste. 300,   Dallas, TX 75205-7326
cr              +Tammy Jones,   Oklahoma County Treasurer,   320 Robert S. Kerr,   Room 307,
                 Oklahoma City, OK 73102-3441
cr              +Texas Ad Valorem Taxing Jurisdictions,   c/o Lee Gordon,   P.O. Box 1269,
                 Round Rock, TX 78680-1269
cr              +Tokio Marine HCC  Surety Group,   c/o Barnet B. Skelton, Jr.,   712 Main Street, Suite 1610,
                 Houston, TX 77002-3201
inre            +US Enercorp,   1250 NE Loop 410 Ste 500,   San Antonio, TX 78209-1533
cr               United States of America,   USDOJ, Civil Division,   PO BOX 875,   Ben Franklin Station,
                 Washington, DC  20044-0875
intp            +Virgil S Harris,   3515 North 48th St.,   Omaha, NE 68104-3638
cr              +WRW Energy Co., LLP,   Megan M. Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,   Suite 2800,
                 Dallas, TX 75201-7912
cr              +Weatherford International, Inc.,   c/o Michael Haynes,   Gardere Wynne Sewell LLP,
                 1601 Elm Street, Ste. 3000,   Dallas, TX 75201-4761
cr              +Weeks Oil Properties, LLC,   Megan Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,
                 Suite 2800,   Dallas, TX 75201-7912
cr              +Weeks Resources, LLC,   Megan Adeyemo,   Gordon & Rees LLP,   2100 Ross Avenue,   Suite 2800,
                 Dallas, TX 75201-7912
cr              +Wyoming Interstate Company, LLC,   c/o Law Ofc Patricia Williams Prewitt,
                 10953 Vista Lake Ct.,   Navasota, TX 77868-6981
cr              +XTO Energy Inc.,   c/o J. Robert Forshey,   Forshey & Prostok, LLP,
                 777 Main Street, Suite 1290,   Fort Worth, TX 76102-5316
cr              +c/o Elizabeth Weller Smith County,   Lineberger Goggan Blair & Sampson llp,
                 c/o Elizabeth Weller,   2777 N Stemmons Frwy 1000,   Dallas, TX 75207-2328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: andrew.silfen@arentfox.com Jul 01 2016 22:57:45     Andrew I Silfen,
                 Arent Fox PLLC,   1675 Broadway,   New York, NY 10019-5820
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:58:17     Cleveland ISD,
                 c/o Tara L. Grundemeier,   Lineberger Goggan Blair & Sampson LLP,   P.O. Box 3064,
                 Houston, TX  77253-3064
cr              +E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:58:17     Cypress Fairbanks ISD,
                 Lineberger, Goggan, Blair & Sampson,   attn: Tara L. Grundemeier,   P O Box 3064,
                 Houston, Tx 77253-3064
cr              +E-mail/Text: carl@dorelawgroup.net Jul 01 2016 22:58:37     Flowco Production Solutions, LLC,
                 c/o Dore Law Group, P.C,   Carl Dore', Jr.,   17171 Park Row, Suite 160,
                 Houston, TX 77084-4927,   UNITED STATES
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:58:17     Fort Bend County,
                 c/o Tara L. Grundemeier,   Post Office Box 3064,   Houston, TX 77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:58:17     Galveston County,
                 c/o Tara L. Grundemeier,   PO BOX 3064,   Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:58:17     Harris County,
                 c/o Tara L. Grundemeier,   Post Office Box 3064,   Houston, TX 77253-3064
cr              +E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:58:17     Jasper County,
                 Lineberger Goggan Blair & Sampson LLP,   c/o Tara L. Grundemeier,   P.O. Box 3064,
                 Houston, TX 77253-3064
cr              +E-mail/Text: sromo@helmsunderwood.com Jul 01 2016 22:58:26     Jennifer McKnight,
                 C/O Helms & Underwood,   1 NE 2nd St., Suite 202,   Oklahoma City, OK 73104-2242,
                 UNITED STATES
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:58:17     Matagorda County,
                 c/o Tara L. Grundemeier,   PO BOX 3064,   Houston, TX 77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:58:17     Montgomery County,
                 c/o Tara L. Grundemeier,   Post Office Box 3064,   Houston, TX 77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:58:17     Orange County,
                 c/o Tara L. Grundemeier,   Lineberger Goggan Blair & Sampson LLP,   P.O. Box 3064,
                 Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:58:17     Polk County,
                 c/o Tara L. Grundemeier,   PO BOX 3064,   Houston, TX 77253-3064
cr              +E-mail/Text: sromo@helmsunderwood.com Jul 01 2016 22:58:26     Scott McKnight,
                 C/O Helms & Underwood,   1 NE 2nd St., Suite 202,   Oklahoma  City, OK 73104-2242,
                 UNITIED STATES
cr               E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:58:17     Shelby County,
                 c/o Tara L. Grundemeier,   PO BOX 3064,   Houston, TX 77253-3064
cr              +E-mail/Text: houston_bankruptcy@LGBS.com Jul 01 2016 22:58:17     Tyler County,
                 Lineberger Goggan Blair & Sampson LLP,   c/o Tara L. Grundemeier,   P.O. Box 3064,
                 Houston, TX 77253-3064
                                                                                           TOTAL: 16
```

```
District/off: 0541-6          User: aalo              Page 4 of 5              Date Rcvd: Jul 01, 2016
                              Form ID: pdf002         Total Noticed: 126


           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              I4CZ LP
aty              Steve A Claus
crcm             Ad Hoc Group of Berry Noteholders
cr               American Safety Services, Inc.
cr               Anadarko E&P Onshore LLC
cr               Anadarko Energy Services Company
crcm             Bank of New York Mellon Trust Company, N.A.
intp             Brad Tankersley
cr               Caldwell CAD
cr               Capital One, N.A.
cr               Delaware Trust Company
cr               Donlen Corporation
cr               Drillwood Ltd.
cr               Duval County
cr               Enable Midstream Partners, LP
cr               Enable Mississippi River Transmission, L.L.C.
intp             Encana Oil & Gas (USA) Inc.
cr               Environmental Resources Management Inc and its aff
cr               Environmental Resources Management Southwest Inc
cr               Environmental Resources Management West, Inc
cr               Fidelity and Deposit Company of Maryland
cr               Franklin ISD
cr               Freer ISD
cr               Goliad County
cr               Goliad ISD
cr               Hartman Coursey
cr               Hidalgo County
cr               Jim Wells CAD
cr               Joy M. Rushfelt Testamentary Trust
cr               Kerr-McGee Oil & Gas Onshore LP
cr               Lee County
intp             Lewis S Wilson
cr               Limestone County
cr               MarkWest
cr               MarkWest Energy Partners, LP
cr               MarkWest Pioneer, LLC
cr               MarkWest Western Oklahoma Gas Company, LLC
cr               Mike Wright Trucking
cr               Moon Lake Electrical Association, Inc.
cr               Nueces County
cr               Robertson County
intp             Samir Kumar
cr               San Isidro ISD
cr               San Patricio County
cr               Satanta, LLC
cr               Sheldon Independent School District
cr               Sunoco Logistics Partners LP
intp             Tesoro Logistics LP
cr               Texas Comptroller of Public Accounts and Texas Wor
cr               The Alvin & Faye Loskamp Revocable Trust
cr               The Estate of Clarice Ardelle Coursey
intp             The Oil Conservation Division of the Energy, Miner
cr               Victoria County
cr               WGP-KHB, LLC,   c/o Akerman LLP,   2001 Ross Avenue, Suite 2550,   Dallas
cr               Webb CISD
cr               Wells Fargo, National Association
cr               Willacy County
intp             Wilmington Trust Company, as Trustee
                                                                   TOTALS: 59, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2016                                    Signature:  /s/Joseph Speetjens

District/off: 0541-6          User: aalo              Page 5 of 5              Date Rcvd: Jul 01, 2016
                             Form ID: pdf002         Total Noticed: 126

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2016 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0