

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/25/2016

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| LINN ENERGY, LLC, *et al* [1] | § | CASE NO. 16-60040 |
| | § | (JUDGE JONES) |
| DEBTORS | § | |

### AGREED ORDER ON
### DEBTORS' MOTION FOR ENTRY OF AN ORDER
### (A) CONFIRMING THAT THE AUTOMATIC STAY
### PROVISIONS OF THE BANKRUPTCY CODE APPLY TO THE PENDING
### LINN AND NADEL APPEALS, AND (B) GRANTING RELATED RELIEF
### (Relates to Docket ## 478, 500, 734, 807)

The Debtors' Motion for Entry of an Order (A) Confirming that the Automatic Stay Provisions of the Bankruptcy Code Apply to the Pending Linn and Nadel Appeals, and (B) Granting Related Relief ("the Motion"), Enable Mississippi River Transmission, LLC's ("Enable") Response to the Motion, and Debtors' Reply, came on for hearing on August 16, 2016 and August 25, 2016. After the Court heard argument of counsel, the parties agreed to the terms of this Agreed Order. With no further notice being required, it is accordingly

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: Linn Energy, LLC (7591); Berry Petroleum Company, LLC (9387); LinnCo, LLC (6623); Linn Acquisition Company, LLC (4791); Linn Energy Finance Corp. (5453); Linn Energy Holdings, LLC (6517); Linn Exploration & Production Michigan LLC (0738); Linn Exploration Midcontinent, LLC (3143); Linn Midstream, LLC (9707); Linn Midwest Energy LLC (1712); Linn Operating, Inc. (3530); Mid-Continent I, LLC (1812); Mid-Continent II, LLC (1869); Mid-Continent Holdings I, LLC (1686); Mid-Continent Holdings II, LLC (7129). The Debtors' principal offices are located at JPMorgan Chase Tower, 600 Travis, Suite 5100, Houston, Texas 77002.

**ORDERED that:**

Enable will promptly file a motion to transfer venue to this Court of the removed civil action currently pending in the U.S. District Court for the Western District of Louisiana styled *Enable Mississippi River Transmission, LLC v. Linn Energy Holdings, LLC, et.al*, Civil Action No. 16-cv-01161 ("Devon Case"). Devon Energy Production Company, L.P., Devon Gas Operating, Inc., and Devon Gas Services, L.P. (collectively "Devon"), and the Debtors will either join in Enable's motion to transfer venue of the Devon Case to this Court or not oppose such motion;

Enable will promptly file a motion to dismiss the appeal pending in the U.S. Court of Appeals for the Fifth Circuit ("the Fifth Circuit") styled *Enable Mississippi River Transmission, L.L.C., Plaintiff - Appellant v. Linn Energy Holdings, L.L.C.; Devon Energy Production Company, L.P.; Devon Gas Operating, Incorporated; Devon Gas Services, L.P., Defendants - Appellees*, Appeal No. 16-30268 ("Devon Appeal"). The Debtors and Devon will not oppose Enable's motion to dismiss the Devon Appeal;

Enable, the Debtors and Devon agree that the Devon Case is stayed until the date on which the Debtor Linn Energy, LLC's plan of reorganization is confirmed, without prejudice to Enable filing a motion to request the Bankruptcy Court to allow sampling and testing of natural gas from the wells involved in the Devon Case, and the Debtors and/or Devon opposing such motion.

The relief requested in the Debtors' Motion relating to the appeal pending in the Fifth Circuit styled *Enable Mississippi River Transmission, L.L.C., Plaintiff - Appellant v. Nadel & Gussman,*

*LLC and Nadel & Gussman Ruston, LLC, Defendants-Appellees*, Appeal No. 16-30269 is denied; and

The parties retain all rights and positions, including administrative remedies (if applicable), in regard to the Devon Case.

Signed: August 25, 2016
Houston, Texas

THE HONORABLE DAVID R. JONES,
UNITED STATES BANKRUPTCY JUDGE

APPROVED:

__/s/ Patricia B. Tomasco__
Patricia B. Tomasco (Tx Bar No. 01797600)
Matthew D. Cavenaugh (Tx Bar No. 24062656)
Jennifer F. Wertz (Tx Bar No. 24072822)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:   (713) 752-4200
Facsimile:   (713) 752-4221
Email: Ptomasco@jw.com
　　　Mcavenaugh@jw.com
　　　Jwertz@jw.com
　　-And-
Paul M. Basta, P.C. (Admitted Pro Hac Vice)
Stephen E. Hessler, P.C. (Admitted Pro Hac Vice)
Brian S. Lennon (Admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email: Paul.basta@kirkland.com
　　　Stephen.hessler@kirkland.com
　　　Brian.lennon@kirkland.com
　　- and -
James H.M. Sprayregen, P.C. (Admitted Pro Hac Vice)
Joseph M. Graham (Admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North Lasalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: James.sprayregen@kirkland.com
　　　Joe.graham@kirkland.com

**CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION**

/s/ *Loulan J. Pitre, Jr,.*
Loulan J. Pitre, Jr. (Bar No. 17749)
Aimee Williams Hebert (Bar No. 25935)
Kelly Ransom (Bar No. 31926)
**KELLY HART & PITRE**
400 Poydras St., Suite 1812
New Orleans, Louisiana 70130
Telephone: (504) 522-1812
Fax: (504) 522-1813
loulan.pitre@kellyhart.com
aimee.hebert@kellyhart.com
kelly.ransom@kellyhart.com

**COUNSEL FOR DEVON ENERGY PRODUCTION COMPANY, L.P., DEVON GAS OPERATING, INC., AND DEVON GAS SERVICES, L.P.**

/s/ *Kiran Phansalkar*
Kiran A. Phansalkar, (Tx Bar No. 15895460)
Bryan J. Wells (Ok Bar No. 13367)
**CONNER & WINTERS, LLP**
One Leadership Square
211 N. Robinson Ave., Ste. 1700
Oklahoma City, Oklahoma 73102
Telephone: (405) 272-5711
Facsimile: (405) 232-2695
Email: Kphansalkar@cwlaw.com
       Bwells@cwlaw.com

/s/ *Tom Kirkendall*
Tom Kirkendall
State Bar No. 11517300/SDTX No. 02287
**LAW OFFICE OF TOM KIRKENDALL**
2 Violetta Court
The Woodlands, Texas 77381-4550
(281) 364.9946
(888) 582.0646 (fax)
bigtkirk@kir.com

**CO-COUNSEL FOR ENABLE MISSISSIPPI RIVER TRANSMISSION, LLC**