IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LINN ENERGY, LLC,** *et al.*, | **Case No. 16–60040 (DRJ)** |
| Debtors. | **Jointly Administered** |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned, Thomas M. Farrell, Ronald G. Franklin, K. Elizabeth Sieg, and Kyle R. Hosmer of McGuireWoods LLP, appear in the above-captioned case on behalf of Devon Energy Production Company, L.P., Devon Gas Operating, Inc., and Devon Gas Services, L.P., and, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and 11 U.S.C. § 1109(b), request that all notices given or required to be given and all papers served in this case be delivered and served upon the parties identified below at the following addresses:

>   Thomas M. Farrell
>   Ronald G. Franklin
>   McGuireWoods LLP
>   JPMorgan Chase Tower
>   600 Travis Street
>   Suite 7500
>   Houston, Texas 77002
>   Telephone:    713.571.9191
>   Facsimile:    713.571.9652
>   Email: tfarrell@mcguirewoods.com
>          rfranklin@mcguirewoods.com
>
>   —and—
>
>   K. Elizabeth Sieg
>   Kyle R. Hosmer
>   McGuireWoods LLP
>   800 East Canal Street
>   Richmond, Virginia 23219
>   Telephone:    804.775.1000

    Facsimile: 804.775.1061
    Email: bsieg@mcguirewoods.com
      khosmer@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: January 3, 2017    Respectfully submitted,
   Houston, Texas

          By: /s/*Thomas M. Farrell*
            Thomas M. Farrell (TXB 06839250)
            Ronald G. Franklin (TXB 07380500)
            McGuireWoods LLP
            JPMorgan Chase Tower
            600 Travis Street
            Suite 7500
            Houston, Texas 77002
            Telephone: 713.571.9191
            Facsimile: 713.571.9652
            Email: tfarrell@mcguirewoods.com
              rfranklin@mcguirewoods.com

            —and—

            K. Elizabeth Sieg (*pro hac vice* pending)
            Kyle R. Hosmer (*pro hac vice* pending)
            McGuireWoods LLP
            800 East Canal Street
            Richmond, Virginia 23219
            Telephone: 804.775.1000
            Facsimile: 804.775.1061
            Email: bsieg@mcguirewoods.com

khosmer@mcguirewoods.com

*Counsel to Devon Energy Production Company, L.P., Devon Gas Operating, Inc., and Devon Gas Services, L.P.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of January 2017, a true and correct copy of the foregoing Notice of Appearance and Request for Service was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned adversary proceeding.

/s/*Thomas M. Farrell*
Thomas M. Farrell (TXB 06839250)

85743321