UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Main Case Number | 16-60040 (DRJ) |
|---|---|---|---|
| | Debtor | In Re: | Linn Energy, LLC et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | K. Elizabeth Sieg<br>McGuireWoods LLP<br>800 East Canal Street<br>Richmond, Virginia 23219<br>804.775.1000; bsieg@mcguirewoods.com<br>VA: 77314 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Devon Energy Production Company, L.P., Devon Gas Operating, Inc., and Devon Gas Services, L.P. |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/3/2017 | Signed: | /s/K. Elizabeth Sieg |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                    United States Bankruptcy Judge