| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Main Case Number | 16-60040 (DRJ) |
|---|---|---|---|
| | Debtor | In Re: | Linn Energy, LLC et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kyle R. Hosmer<br>McGuireWoods LLP<br>800 East Canal Street<br>Richmond, Virginia 23219<br>804.775.1000; khosmer@mcguirewoods.com<br>VA: 86417 |
|---|---|

| Name of party applicant seeks to appear for: | Devon Energy Production Company, L.P., Devon Gas Operating, Inc., and Devon Gas Services, L.P. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 1/3/2017 | Signed: | /s/Kyle R. Hosmer |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____    _____
                                                                    United States Bankruptcy Judge