# Exhibit "A"

# Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LINN ENERGY, LLC, *et al.*,[1] | ) | Case No. 16-60040 |
| (DRJ) | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) |  |

## ORDER OVERRULING DEBTORS' SEVENTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM (EQUITY INTEREST CLAIMS)

_____

Upon the Response in Opposition (the "Response")[2] of the above-captioned CLAIMANT seeking entry of an order (this "Order"): (a) protecting the CLAIMANT's claims identified on **Schedule 1**attached hereto; and (b) preventing expungement of the Equity Interest Claims identified on **Schedule 1** attached hereto; and (c) granting related relief, all

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number
are as follows: Linn Energy, LLC (7591); Berry Petroleum Company, LLC (9387); LinnCo, LLC (6623); Linn
Acquisition Company, LLC (4791); Linn Energy Finance Corp. (5453); Linn Energy Holdings, LLC (6517);
Linn Exploration & Production Michigan LLC (0738); Linn Exploration Midcontinent, LLC (3143); Linn Midstream, LLC (9707); Linn Midwest Energy LLC (1712); Linn Operating, Inc. (3530); Mid-Continent I, LLC (1812); Mid-Continent II, LLC (1869); Mid-Continent Holdings I, LLC (1686); Mid-Continent Holdings
II, LLC (7129). The Debtors' principal offices are located at JPMorgan Chase Tower, 600 Travis Street, Houston, Texas 77002.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Objection.

2

as more fully set forth in the Response; and after due deliberation, it is HEREBY ORDERED THAT:

    1. The Objection is overruled as set forth herein.

    2. Each Equity Interest Claim identified on **Schedule 1** to this Order is allowed and will not be expunged nor will this Order affect any proof of interest the CLAIMANT and holder of an Equity Interest Claim may file, or the rights or recovery of such holder under a chapter 11 plan in these chapter 11 cases, if any, with respect to any such equity interests.

    3. The Clerk is authorized and directed to update the claims register maintained in these chapter 11 cases as necessary to reflect the relief granted in this Order.

    4. To the extent a response is filed regarding any other Equity Interest Claim, each such Equity Interest Claim, and the Objection as it pertains to such Equity Interest Claim, will constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to the identified Equity Interest Claims in **Schedule 1**.

    5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) a request or authorization to assume any prepetition agreement, contract, or

lease pursuant to section 365 of the Bankruptcy Code; or (b) a waiver of the CLAIMANT's rights under the Bankruptcy Code or any other applicable law.

6. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

7. The Debtors are directed to take all actions necessary to effectuate the relief granted the CLAIMANT pursuant to this Order in accordance with the Response.

8. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2017        _____
Houston, Texas                                  THE HONORABLE DAVID R. JONES
                                                UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

## Equity Interest Claims

| Claimant | Date Filed | Court Claim No. | Prime Clerk Claim No. | Debtor | Asserted Claim Amount | Basis for Objection | Proposed Treatment |
|---|---|---|---|---|---|---|---|
| Dulcie, Diane | 8/25/16 | 3 | 1625 | LinnCo, LLC | $592.32 | Equity Interest Claims | Protect and Allow |
| Dulcie, Diane | 8/25/16 | 1160 | 1694 | Linn Energy, LLC | $592.32 | Equity Interest Claims | Protect and Allow |