

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

ENTERED
05/19/2017

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| LINN ENERGY, LLC, *et al.*,[1] | § | Case No. 16-60040 (DRJ) |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |

**ORDER GRANTING SECOND INTERIM AND FINAL APPLICATION**
**OF GARDERE WYNNE SEWELL LLP, AS TEXAS OIL & GAS,**
**CONFLICTS AND LOCAL COUNSEL FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF**
**COMPENSATION AND FOR THE REIMBURSEMENT OF EXPENSES FOR**
<u>**THE PERIOD FROM JUNE 8, 2016 THROUGH FEBRUARY 28, 2017**</u>
(Docket No. 1945)

Upon the *Second Interim and Final Application of Gardere Wynne Sewell LLP ("Gardere"), as Texas Oil & Gas, Conflicts and Local Counsel for the Official Committee of Unsecured Creditors (the "Committee"), for Allowance of Compensation and for the Reimbursement of Expenses for the Period from June 8, 2016 Through February 28, 2017* (the "<u>Application</u>")[2], the Court orders as follows:

1.      Compensation to Gardere for professional services rendered to the Committee during the period December 1, 2016 through and including February 28, 2017 is allowed in the amount of $234,396.00.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each respective Debtor's federal tax identification number are as follows: Linn Energy, LLC (7591); Berry Petroleum Company, LLC (9387); LinnCo, LLC (6623); Linn Acquisition Company, LLC (4791); Linn Energy Finance Corp. (5453); Linn Energy Holdings, LLC (6517); Linn Exploration & Production Michigan LLC (0738); Linn Exploration Midcontinent, LLC (3143); Linn Midstream, LLC (9707); Linn Midwest Energy LLC (1712); Linn Operating, Inc. (3530); Mid-Continent I, LLC (1812); Mid-Continent II, LLC (1869); Mid-Continent Holdings I, LLC (1686); Mid-Continent Holdings II, LLC (7129). The Debtors' principal offices are located at 600 Travis, Suite 5100, Houston, Texas 77002.

[2] Capitalized terms used but not defined in this Order shall have the meanings given in the Application.

Gardere01 - 10170969v.2

2.      Reimbursement to Gardere for out-of-pocket expenses incurred during the period December 1, 2016 through and including February 28, 2017 is allowed in the amount of $1,700.14.

3.      Compensation to Gardere for fees and expenses in connection with filing and prosecuting this Application following the effective date of the chapter 11 plans of is allowed in the amount of $15,000.00.

4.      Compensation to Gardere for professional services rendered to the Committee during the period June 8, 2016 through and including February 28, 2017 is allowed on a final basis in the amount of $1,048,214.00.

5.      Reimbursement to Gardere for out-of-pocket expenses incurred during the period June 8, 2016 through and including February 28, 2017 is allowed on a final basis in the amount of $22,830.03.

6.      The Debtors and their successors are authorized to pay Gardere all fees and expenses allowed pursuant to this Order.

**Signed:  May 19, 2017.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

Gardere01 - 10170969v.2